# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

† ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

† CHARLES R. RUMBLEY
BRADLEY S. GROCE
MATTHEW A. MANG
SARAH C. DOUGLAS
STEPHEN M. KEPPER

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
JJY@LCBA-LAW.COM

August 29, 2013

Hon. Jane Triche Milazzo
   United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C206
New Orleans, LA  70130

*Via Fax: 589-7521*

Re:   Janice M. George v. The Pantry, Inc. d/b/a Kangaroo Express
      USDC No. 12-2589, Section "H" (1)
      Our File No.: 127.121605

Dear Judge Milazzo:

As earlier advised to your law clerk, Philip Dore, the above captioned matter has been amicably resolved.  Thus, we hereby confirm that the jury trial, that was set to begin on September 16, 2013, has been removed from the Court's docket.

Respectfully,

DAVID V. BATT
JAMES J. YOUNG, IV

CC:  George Recile (via fax 833-8080)