# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANICE M. GEORGE** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 12-02589** |
| **THE PANTRY, INC.** <br> **d/b/a KANGAROO EXPRESS** | * | **SECTION: H** |
| | * | **MAG.: I** |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Motion for Dismissal With Prejudice filed herein by plaintiff, Janice George, and the defendant, The Pantry, Inc.:

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear its own costs;

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this  12th  day of ___November___, 2013.

_____
UNITED STATES DISTRICT JUDGE